IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **JOSEPH WIDEMON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **1:09CV746** |
| ) | |
| **GUILFORD COUNTY DISTRICT** ) | |
| **ATTY. OFFICE, et al.,** ) | |
| ) | |
| **Defendant(s).** ) | |

## ORDER AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, a prisoner of the State of North Carolina, has submitted a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed *in forma pauperis*. The form of the complaint is such that serious flaws make it impossible to further process this complaint. The problems are:

1. Plaintiff has failed to provide a sufficient number of copies. Plaintiff must submit the original, one copy for the Court, and one copy for each defendant named.

2. Plaintiff does not state claims for relief or give any facts to support a claim. Instead, he simply asks a series of questions which, without any factual context, mean nothing as far as stating a claim. The Court cannot answer prisoners' questions or give legal advice. If that is what Plaintiff seeks, he should consult with an attorney. If he wishes to file a lawsuit, he must set out the facts supporting any claim he may have.

Consequently, this particular complaint should be dismissed, but without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects of the present complaint. To further aid Plaintiff, the Clerk is instructed to send Plaintiff new § 1983 forms, instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (i.e., Sections (a) & (e)).

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

**IT IS THEREFORE ORDERED** that *in forma pauperis* status is granted for the sole purpose of entering this Order. The Clerk is instructed to send Plaintiff § 1983 forms, instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (i.e., Sections (a) & (e)).

**IT IS RECOMMENDED** that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited above.

                                             /s/ P. Trevor Sharp
                                           United States Magistrate Judge

Date: October 6, 2009